UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMON JONES,

               Plaintiff,

   - against -

SEED TO STEM, LLC,

               Defendant.

22-cv-7865 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to serve the summons and complaint is extended to **February 2, 2023**. If the plaintiff fails to serve the summons and complaint by that date, the case will be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

    The conference scheduled for **January 25, 2023 at 4:30 p.m.** is canceled.

SO ORDERED.

Dated:   New York, New York
          January 19, 2023

                                      John G. Koeltl
                             United States District Judge