```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

DAMON JONES,

              Plaintiff,

    - against -

SEED TO STEM, LLC,

              Defendant.

------------------------------------------------

22-cv-7865 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **March 23, 2023.**

SO ORDERED.

Dated:    New York, New York
            March 9, 2023

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                                 United States District Judge